# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

 

ILA-PRSSA WELFARE & PENSION FUND,

VS.  CIVIL NO. __98-1999__ (JAF)

MARINE ENGINEERING OF PUERTO RICO, INC.,

| DESCRIPTION OF MOTION |
|---|

| DATE FILED: 8/25/99 | DOCKET: 4 | TITLE: MOTION REQUESTING JUDGMENT BY DEFAULT BY THE CLERK. |
|---|---|---|
| [X] Plffs. | [ ] Defts. | |

## O-R-D-E-R

Judgment by default shall enter under separate cover.

9/30/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE