ENTERED ON DOCKET

10/5/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ILA-PRSSA WELFARE & PENSION FUND,

    Plaintiff,

v.

MARINE ENGINEERING OF PUERTO RICO, INC.

    Defendant.

Civil No. 98-1999 (JAF)



## J U D G M E N T

The default of Marine Engineering of Puerto Rico, Inc. was entered on December 28, 1998, for failure to plead or otherwise defend.

On August 25, 1999, a motion requesting judgment by default was filed by plaintiff. The motion and the accompanying affidavit confirm that on September 11, 1995, plaintiff ILA-PRSSA Welfare & Pension Fund and defendant Marine Engineering of Puerto Rico, Inc., subscribed a stipulation where Marine Engineering recognized that it owed the pension fund the amount of $42,434 of outstanding contributions, including principal and interest accrued up to such date. Partial payments were made thereafter, but as of today, the defendant owes plaintiff unpaid contributions in the amount of

AO 72
(Rev 8/82)

Civil No. 98-1999 (JAF) 2-

$26,484.28, plus accrued interest at the rate of 8% per annum from August 25, 1999 until payment.

Judgment is entered in favor of plaintiff and against defendant in the amount of $26,484.28, plus accrued interest at the rate of 8% per annum from August 25, 1999 until payment, plus costs and attorney's fees in the amount of $5,000.

San Juan, Puerto Rico, this 30th day of September, 1999.

*[signature]*

JOSE ANTONIO FUSTE
U.S. District Judge